# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Ashley Dean Herny,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:23-cv-00028-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **Quentin Miller,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2023 Order.

March 7, 2023

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court